```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ STANLEY A. BOONE
   │ Assistant U.S. Attorney
 3 │ Federal Courthouse
   │ 2500 Tulare Street, Room 4401
 4 │ Fresno, CA   93721
   │ Telephone: (559) 497-4000
 5 │
```



FILED

APR 28 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  M. VERDUZCO
         DEPUTY CLERK

 6        IN THE UNITED STATES DISTRICT COURT FOR THE

 7                EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF<br><br>ARMANDO REYES ANDRADE | UNDER SEAL   SEALED<br><br>1:08 MC 00011 DLB<br>ORDER SEALING THE COMPLAINT AND ORDER AUTHORIZING THE PROVISIONAL ARREST PURSUANT TO 18 U.S.C. § 3184 |

16   The United States of America has submitted a complaint and
17 order authorizing the provisional arrest of Armando Reyes Andrade
18 pursuant to a request by Mexico pursuant to 18 U.S.C. § 3184,
19   IT IS HEREBY ORDERED that the Complaint and Order
20 Authorizing the Provisional Arrest of the above-referenced
21 individual shall be file under seal and shall not be disclosed
22 pending further order of this court.

23
24 DATED: 28 April 2008        /s/ Dennis L. Beck
25                              DENNIS L. BECK
                                U.S. Magistrate Judge

1