

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED
APR 28 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____M. VERDUZCO____
         DEPUTY CLERK

| | | |
|---|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF | ) ) ) ) ) ) ) ) ) | Misc. No. ORDER **UNDER SEAL** 1:08 MC 00011 DLB |
| ARMANDO REYES ANDRADE | | |

   BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Stanley A. Boone, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that ARMANDO REYES ANDRADE should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Mexico.

   IT IS THEREFORE ORDERED that a warrant for the provisional arrest of ARMANDO REYES ANDRADE be issued. The Court also ORDERS that the complaint, this order, and the arrest warrant be placed UNDER SEAL until the arrest of the defendant or further order of this Court.

DATED: 4/28/2008

_____
United States Magistrate Judge

ORDER [**UNDER SEAL**]