

FILED
MAY 0 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare Street, Room 4401
4  Fresno, CA   93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF <br><br> ARMANDO REYES ANDRADE | 01: 08 MC 00011 DLB <br><br> ORDER UNSEALING COMPLAINT AND ORDER AUTHORIZING THE PROVISIONAL ARREST PURSUANT TO 18 U.S.C. § 3184 |

The complaint and warrant of arrest in this case, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the indictment and warrants of arrest  be unsealed and made public record.

DATED: 5/6/2008                    _____
                                   UNITED STATES MAGISTATE JUDGE

2