ROBERT M. HELFEND, SBN. 113380
23852 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
ARMANDO REYES-ANDRADE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ARMANDO REYES ANDRADE, | No. 1:08-MJ-146<br><br>STIPULATION REGARDING CONTINUANCE OF IDENTITY HEARING |

Defendant, ARMANDO REYES ANDRADE, by and through his counsel of record, ROBERT M. HELFEND and THE UNITED STATES ATTORNEYS OFFICE, by and through its counsel of record, STANLEY A. BOONE, hereby stipulate as follows:

1. MR. ANDRADE requires additional time to try and facilitate a resolution of his matter in Mexico, which is the subject of these extradition proceedings;

2. MR. ANDRADE is requesting that his Identity Hearing, currently scheduled for December 3, 2008, at 9:00 A.M., be continued for Status Conference, on January 21, 2009, at 1:30 P.M..

2. The GOVERNMENT has no objection to the continuance.

///

///

///

///

IT IS SO STIPULATED:

Dated: November 25, 2008             Respectfully Submitted,


                                     /s/ Robert M. Helfend
                                     ROBERT M. HELFEND
                                     Attorney for Defendant
                                     ARMANDO REYES ANDRADE


Dated: November 25, 2008             McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Stanley A. Boone
                                     STANLEY A. BOONE
                                     ASSISTANT UNITED STATES ATTORNEY




ORDER

IT IS HEREBY ORDERED that MR. ANDRADE'S Identity Hearing, currently scheduled for December 3, 2008, at 9:00 A.M., be continued for Status Conference, on January 21, 2009, at 1:30 P.M.

IT IS SO ORDERED this 1st day of December, 2008.


                                      /s/ Gary S. Austin
                                     HONORABLE GARY S. AUSTIN
                                     UNITED STATES MAGISTRATE JUDGE