1   ROBERT M. HELFEND, SBN. 113380
    23852 Pacific Coast Hwy.,
2    No. 309
    Malibu, CA 90265
3   818-591-2809
    rmhelfend@gmail.com
4   Attorney for Defendant
    ARMANDO REYES-ANDRADE
5
                          UNITED STATES DISTRICT COURT
6
                          EASTERN DISTRICT OF CALIFORNIA
7

8
    IN THE MATTER OF THE              )        No. 1:08-MJ-146
9   EXTRADITION OF                    )
                                      )        STIPULATION REGARDING
10  ARMANDO REYES ANDRADE,            )        CONTINUANCE OF STATUS
                                      )        CONFERENCE
11                                    )
                                      )
12                                    )
                                      )
13                                    )
                                      )
14  _____)

15

16  Defendant, ARMANDO REYES ANDRADE, by and through his counsel of record, ROBERT M.

17  HELFEND and THE UNITED STATES ATTORNEYS OFFICE, by and through its counsel of record,

18  STANLEY A. BOONE, hereby stipulate as follows:

19

20  1. MR. ANDRADE requires additional time to try and facilitate a resolution of his matter in Mexico,

21  which is the subject of these extradition proceedings;

22  2. MR. ANDRADE is requesting that his Status Conference, currently scheduled for January 21, 2009,

23  at 1:30 P.M., be continued for Status Conference, on March 4, 2009, at 1:30 P.M..

24  3. The GOVERNMENT has no objection to the continuance.

25  ///

26  ///

27  ///

28  ///

1    IT IS SO STIPULATED:

2    Dated: January14, 2009                    Respectfully Submitted,

3

4                                              /s/ Robert M. Helfend
                                               ROBERT M. HELFEND
5                                              Attorney for Defendant
                                               ARMANDO REYES ANDRADE
6

7    Dated: January 14, 2009                   McGREGOR W. SCOTT
                                               United States Attorney
8
                                               /s/ Stanley A. Boone
9                                              STANLEY A. BOONE
                                               ASSISTANT UNITED STATES ATTORNEY
10

11

12                                             ORDER

13

14       IT IS HEREBY ORDERED that MR. ANDRADE'S Status Conference currently scheduled for

15   January 21, 2009, at 1:30 P.M., be continued for Status Conference, on March 4, 2009, at 1:30 P.M.

16

17       IT IS SO ORDERED.

18   **Dated:    January 20, 2009**                    /s/ **Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28