ROBERT M. HELFEND, SBN. 113380
23852 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
ARMANDO REYES-ANDRADE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ARMANDO REYES ANDRADE, | No. 1:08-MJ-146<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE |

Defendant, ARMANDO REYES ANDRADE, by and through his counsel of record, ROBERT M. HELFEND and THE UNITED STATES ATTORNEYS OFFICE, by and through its counsel of record, STANLEY A. BOONE, hereby stipulate as follows:

1. MR. ANDRADE requires additional time to try and facilitate a resolution of his matter in Mexico, which is the subject of these extradition proceedings;

2. MR. ANDRADE is requesting that his Status Conference, currently scheduled for March 4, 2009, at 1:30 P.M., be continued for Status Conference, on May 6, 2009, at 1:30 P.M..

3. The GOVERNMENT has no objection to the continuance.

///

///

///

///

1    IT IS SO STIPULATED:

2    Dated: February 25, 2009              Respectfully Submitted,

3

4                                           /s/ Robert M. Helfend
                                            ROBERT M. HELFEND
5                                           Attorney for Defendant
                                            ARMANDO REYES ANDRADE
6

7    Dated: February 25, 2009               McGREGOR W. SCOTT
                                            United States Attorney
8
                                            /s/ Stanley A. Boone
9                                           STANLEY A. BOONE
                                            ASSISTANT UNITED STATES ATTORNEY
10

11

12
                                    ORDER
13

14    IT IS HEREBY ORDERED that MR. ANDRADE'S Status Conference currently scheduled for

15   March 4, 2009, at 1:30 P.M., be continued for Status Conference, on May 6, 2009, at 1:30 P.M.

16

17    IT IS SO ORDERED this 26th day of February 2009.

18

19                                           /s/ Gary S. Austin
                                             HONORABLE GARY S. AUSTIN
20                                           UNITED STATES MAGISTRATE JUDGE