ROBERT M. HELFEND, SBN. 113380
23852 Pacific Coast Hwy.,
No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
ARMANDO REYES-ANDRADE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ARMANDO REYES ANDRADE,<br><br>_____ | No. 1:08-MJ-146<br><br>STIPULATION REGARDING SETTING IDENTITY HEARING DATE |

Defendant, ARMANDO REYES ANDRADE, by and through his counsel of record, ROBERT M. HELFEND and THE UNITED STATES ATTORNEYS OFFICE, by and through its counsel of record, STANLEY A. BOONE, hereby stipulate as follows:

1. MR. ANDRADE requires additional time to try and facilitate a resolution of his matter in Mexico, which is the subject of these extradition proceedings;

2. MR. ANDRADE is requesting that his Status Conference, currently scheduled for May 6, 2009, at 1:30 P.M., be continued for Identity Hearing, on June 16, 2009, at 1:30 P.M..

3. The GOVERNMENT has no objection to the continuance.

///

///

///

///

1    IT IS SO STIPULATED:

2    Dated: May 4, 2009                    Respectfully Submitted,

3

4                                          /s/ Robert M. Helfend
                                           ROBERT M. HELFEND
5                                          Attorney for Defendant
                                           ARMANDO REYES ANDRADE
6

7    Dated: May 4, 2009                    McGREGOR W. SCOTT
                                           United States Attorney
8
                                           /s/ Stanley A. Boone
9                                          STANLEY A. BOONE
                                           ASSISTANT UNITED STATES ATTORNEY
10

11

12                                         ORDER

13

14       IT IS HEREBY ORDERED that MR. ANDRADE'S Status Conference currently scheduled for

15   May 6, 2009, at 1:30 P.M., be continued for Identity Hearing, on June 16, 2009, at 1:30 P.M.

16

17       IT IS SO ORDERED.

18       Dated:   **May 5, 2009**          /s/ **Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28