1 ROBERT M. HELFEND, SBN. 113380
  23852 Pacific Coast Hwy.,
2  No. 309
  Malibu, CA 90265
3 818-591-2809
  rmhelfend@gmail.com
4 Attorney for Defendant
  ARMANDO REYES-ANDRADE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF | ) ) ) | No. 1:08-MJ-146 |
|---|---|---|
| ARMANDO REYES ANDRADE, | ) ) ) ) ) ) ) ) ) ) | STIPULATION REGARDING CONTINUING IDENTITY HEARING DATE |

Defendant, ARMANDO REYES ANDRADE, by and through his counsel of record, ROBERT M. HELFEND and THE UNITED STATES ATTORNEYS OFFICE, by and through its counsel of record, IAN L. GARRIQUES, hereby stipulate as follows:

1. MR. ANDRADE requires additional time to try and facilitate a resolution of his matter in Mexico, which is the subject of these extradition proceedings;

2. MR. ANDRADE is requesting that his Identity Hearing, currently scheduled for June 16, 2009, at 1:30 P.M., be continued for Identity Hearing, on August 12, 2009, at 1:30 P.M..

3. The GOVERNMENT has no objection to the continuance.

///

///

///

///

1  IT IS SO STIPULATED:

2  Dated: June 12, 2009                    Respectfully Submitted,

3

4                                          /s/ Robert M. Helfend
                                           ROBERT M. HELFEND
5                                          Attorney for Defendant
                                           ARMANDO REYES ANDRADE
6

7  Dated: June 12, 2009                     McGREGOR W. SCOTT
                                            United States Attorney
8
                                           /s/ Ian L. Garriques
9                                          IAN L. GARRIQUES
                                           ASSISTANT UNITED STATES ATTORNEY
10

11

12
                                           ORDER
13

14   IT IS HEREBY ORDERED that MR. ANDRADE'S Identity Hearing currently scheduled for

15  June 16, 2009, at 1:30 P.M., be continued for Identity Hearing, on August 12, 2009, at 1:30 P.M.

16

17  IT IS SO ORDERED this 15th day of June, 2009.

18

19                                          /s/ Gary S. Austin
                                           HONORABLE GARY S. AUSTIN
20                                         UNITED STATES MAGISTRATE JUDGE