ROBERT M. HELFEND, SBN. 113380
23852 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
ARMANDO REYES-ANDRADE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ARMANDO REYES ANDRADE, | No. 1:08-MJ-00146<br><br>STIPULATION REGARDING CONTINUING IDENTITY HEARING DATE;<br><br>ORDER |

Defendant, ARMANDO REYES ANDRADE, by and through his counsel of record, ROBERT M. HELFEND and THE UNITED STATES ATTORNEYS OFFICE, by and through its counsel of record, IAN L. GARRIQUES, hereby stipulate as follows:

1. MR. ANDRADE's counsel is scheduled to commence jury selection in the matter of People v. Arroyo on Monday, August 10, 2009, and, therefore will be unable to attend MR. ANDRADE's Identity Hearing, on August 12, 2009, at 1:30 P.M.;

2. Additionally, MR. ANDRADE continues to try and facilitate a resolution of his matter in Mexico, which is the subject of these extradition proceedings;

3. MR. ANDRADE is requesting that his Identity Hearing, currently scheduled for August 12, 2009, at 1:30 P.M., be continued for Identity Hearing, on September 17, 2009, at 1:30 P.M..

4. The GOVERNMENT has no objection to the continuance.

///

///

////

IT IS SO STIPULATED:

Dated: August 9, 2009                    Respectfully Submitted,

                                              /s/ Robert M. Helfend
                                              ROBERT M. HELFEND
                                              Attorney for Defendant
                                              ARMANDO REYES ANDRADE

Dated: August 9, 2009                    McGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Ian L. Garriques
                                              IAN L. GARRIQUES
                                              ASSISTANT UNITED STATES ATTORNEY

## ORDER

IT IS HEREBY ORDERED that MR. ANDRADE'S Identity Hearing currently scheduled for August 12, 2009, at 1:30 P.M., before Judge Snyder, be continued for Identity Hearing, on September 17, 2009, at 1:30 P.M before Judge Austin in Courtroom #10.

IT IS SO ORDERED.

**Dated:   August 10, 2009**                    **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE