ROBERT M. HELFEND, SBN. 113380
23852 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
ARMANDO REYES-ANDRADE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ARMANDO REYES ANDRADE, | No. 1:08-MJ-146<br><br>STIPULATION REGARDING CONTINUING IDENTITY HEARING DATE |

Defendant, ARMANDO REYES ANDRADE, by and through his counsel of record, ROBERT M. HELFEND and THE UNITED STATES ATTORNEYS OFFICE, by and through its counsel of record, IAN L. GARRIQUES, hereby stipulate as follows:

1. The GOVERNMENT has received additional discovery which is necessary for the Defense to review;

2. Additionally, MR. ANDRADE continues to try and facilitate a resolution of his matter in Mexico, which is the subject of these extradition proceedings;

3. MR. ANDRADE is requesting that his Identity Hearing, currently scheduled for September 17, 2009, at 1:30 P.M., be continued for Identity Hearing, on October 27, 2009, at 1:30 P.M..

4. The GOVERNMENT has no objection to the continuance.

///

IT IS SO STIPULATED:

Dated: September 15, 2009            Respectfully Submitted,

/s/ Robert M. Helfend
ROBERT M. HELFEND
Attorney for Defendant
ARMANDO REYES ANDRADE

Dated: September 15, 2009            BENJAMIN B. WAGNER
United States Attorney

/s/ Ian L. Garriques
IAN L. GARRIQUES
ASSISTANT UNITED STATES ATTORNEY

## ORDER

IT IS HEREBY ORDERED that MR. ANDRADE'S Identity Hearing currently scheduled for September 17, 2009, at 1:30 P.M., be continued for Identity Hearing, on October 27, 2009, at 1:30 P.M.

IT IS SO ORDERED this 16th day of September, 2009.

/s/ Gary S. Austin
HONORABLE GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE