ROBERT M. HELFEND, SBN. 113380
23852 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
ARMANDO REYES-ANDRADE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ARMANDO REYES ANDRADE, | No. 1:08-MJ-00146<br><br>STIPULATION REGARDING CONTINUING IDENTITY HEARING DATE;<br><br>ORDER |

Defendant, ARMANDO REYES ANDRADE, by and through his counsel of record, ROBERT M. HELFEND and THE UNITED STATES ATTORNEYS OFFICE, by and through its counsel of record, IAN L. GARRIQUES, hereby stipulate as follows:

1. The Mexican authorities have conducted additional proceedings which will necessitate further discovery for the GOVERNMENT and Defense to review;

2. Additionally, MR. ANDRADE continues to try and facilitate a resolution of his matter in Mexico, which is the subject of these extradition proceedings;

3. MR. ANDRADE is requesting that his Identity Hearing, currently scheduled for October 27, 2009, at 1:30 P.M., be continued for Identity Hearing, on December 11, 2009, at 1:30 P.M..

4. The GOVERNMENT has no objection to the continuance.

///

   IT IS SO STIPULATED:

| | |
|---|---|
| Dated: October 25, 2009 | Respectfully Submitted, |
| | /s/ Robert M. Helfend |
| | ROBERT M. HELFEND |
| | Attorney for Defendant |
| | ARMANDO REYES ANDRADE |
| Dated: October 25, 2009 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | /s/ Ian L. Garriques |
| | IAN L. GARRIQUES |
| | ASSISTANT UNITED STATES ATTORNEY |

### ORDER

IT IS HEREBY ORDERED that MR. ANDRADE'S Identity Hearing currently scheduled for October 27, 2009, at 1:30 P.M., be continued for Identity Hearing, on December 11, 2009, at 1:30 P.M.

**IT IS SO ORDERED.**

**Dated:    October 26, 2009**          /s/ **Sandra M. Snyder**
                                        **UNITED STATES MAGISTRATE JUDGE**