FILED

DEC 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE<br>THE EXTRADITION OF<br><br>ARMANDO REYES ANDRADE | Case No. 1:08-MJ-00146 DLB<br><br>ORDER |

O R D E R

The Court having received the Complaint filed on April 28, 2008, by Stanley A. Boone, Assistant United States Attorney for the Eastern District of California, for and on behalf of the Government of Mexico, pursuant to the request of the Government of Mexico, for the provisional arrest and extradition of ARMANDO REYES ANDRADE, and an affidavit executed by ARMANDO REYES ANDRADE and witnessed by his attorney ROBERT M. HELFEND;

And, further, the Court having been advised in open session that ARMANDO REYES ANDRADE is a fugitive sought by the Government of Mexico; that he is aware that the Government of Mexico has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United

1 States Attorney for this judicial district; that he has been
2 fully advised of his rights in this country pursuant to the
3 extradition treaty in force between the Government of the United
4 States and the Government of Mexico and Title 18, United States
5 Code, § 3184 et seq., and that he has knowingly and voluntarily
6 waived those rights;

7     IT IS THEREFORE ORDERED that ARMANDO REYES ANDRADE be
8 committed to the custody of the United States Marshal for the
9 Eastern District of California pending arrival of the duly
10 authorized representatives of the Government of Mexico, at which
11 time the United States Marshal shall deliver ARMANDO REYES
12 ANDRADE, together with any evidence seized incidental to his
13 arrest and sought by the Government of Mexico, to the custody of
14 such authorized representatives to be transported to Mexico to be
15 held for trial or other disposition; and

16     IT IS FURTHER ORDERED that the transfer of physical custody
17 of ARMANDO REYES ANDRADE, together with any evidence seized,
18 shall be at such time and place as mutually agreed upon by the
19 United States Marshal for the Eastern District of California and
20 the duly authorized representatives of the Government of Mexico.

21     The Clerk of the Court is directed to forward copies of this
22 Order and the executed Affidavit of Waiver to the Director,
23 Office of International Affairs, Criminal Division, Department of
24 Justice, in Washington, D.C., and the Assistant U.S. Attorney.

25     SO ORDERED, this __11__ day of December, 2009.

United States Magistrate Judge
Eastern District of California