```
ROBERT M. HELFEND, SBN. 113380
23852 Pacific Coast Hwy.,
No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for ARMANDO REYES ANDRADE
```



**FILED**

DEC 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF<br><br>ARMANDO REYES ANDRADE | Case No. 1:08-MJ-00146 DLB<br><br>AFFIDAVIT OF WAIVER OF EXTRADITION AND [PROPOSED] ORDER |

### AFFIDAVIT OF WAIVER OF EXTRADITION

I, ARMANDO REYES ANDRADE, having been fully informed by my attorney, ROBERT M. HELFEND, of my rights under the extradition treaty in force between the United States and Mexico and Title 18, United States Code, § 3184 *et seq.*, do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Mexico.

My attorney, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and Mexico, the applicable sections of Title 18, United States Code, and the complaint filed by the United States Attorney on behalf of the Government of Mexico. I understand that, pursuant to Title 18, United States Code,

1  Section 3184, I am entitled to a hearing at which certain facts
2  would need to be established, including:
3      1. that currently there is an extradition treaty in force
4  between the United States and Mexico;
5      2. that the treaty covers the offenses for which my
6  extradition was requested;
7      3. that I am the person whose extradition is sought by the
8  Government of Mexico; and
9      4. that probable cause exists to believe that I committed
10 the offenses for which extradition was requested.
11     I concede that I am the individual against whom charges are
12 pending in Mexico and for whom process is outstanding there.  I
13 fully understand that in the absence of a waiver of my rights, I
14 cannot be compelled to return to Mexico unless and until a court
15 in the United States issues a ruling certifying my
16 extraditability and the Secretary of State of the United States
17 orders my extradition by issuing a warrant of surrender.
18     I have reviewed the complaint and I fully understand my
19 right to a hearing at which my counsel and I could challenge the
20 extradition request presented by the Government of Mexico.
21     I hereby waive my rights under the extradition treaty and
22 the applicable sections of Title 18, United States Code, and
23 agree to be transported in custody, as soon as possible, to
24 Mexico, and to remain in custody pending the arrival of agents
25 from Mexico.  No representative, official, or officer of the
26 United States or of the Government of Mexico, nor any person
27 whomsoever, has made any promise or offered any other form of
28 inducement nor made any threat or exercised any form of

1  intimidation against me.  I execute this waiver of rights
2  knowingly, voluntarily and entirely of my own free will and
3  accord.

5  DATED: 12-11-09

ARMANDO REYES ANDRADE

7  DATED: 12-11-9

ROBERT M. HELFEND
Attorney for ARMANDO REYES ANDRADE

10 DATED: 12-11-09

Interpreter [if applicable]
[Printed Name and Signature]

ANNA E. WATROUS
FEDERAL CERTIFIED INTERPRETER
USDC, Fresno, CA.

15    I hereby certify that ARMANDO REYES ANDRADE personally
16 appeared before me and made his oath in due form of law that the
17 statements herein are true.

19 DATED: 12/11/09

United States Magistrate Judge
Eastern District of California